IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02820-RPM

ESTATE OF JOHN THOMAS ROTZIN, *et al.*,

    Plaintiffs,

v.

DAVID C. WALCHER, *et al.*,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DESIGNATE NON-PARTIES AT FAULT PURSUANT TO COLO. REV. STAT. § 13-21-111.5

Defendants, by and through their respective counsel, hereby request leave to submit the following designation of non-party liability pursuant to Colo. Rev. Stat. § 13-21-111.5.[1]

### Conferral

Undersigned counsel conferred with Plaintiffs' counsel regarding this motion who indicated that Plaintiffs do not oppose the filing of the Motion, but Plaintiffs do dispute that these non-parties are at fault.

---

[1] Although Defendants submit this filing after "ninety days following the commencement of the action," the court may allow designations later in time where necessary. Colo. Rev. Stat. § 13-21-111.5(3)(b). Here, no parties are prejudiced by the timing of Defendants' designation, and such designation is necessary to allow Defendants to effectively raise all defenses to Plaintiffs' state law claims. Defendants seek to file this designation before initial disclosures have been exchanged, before discovery has commenced, and where no trial date has been set. *See Antolovich v. Brown Group Retail, Inc.*, 183 P.3d 582 (Colo. App. 2007) (trial court did not abuse its discretion in allowing non-party designations several months after the ninety day statutory timeframe where designations were filed shortly after initial disclosures were served and two years before the original trial date). Because Plaintiffs will suffer no prejudice, Defendants respectfully request this Court grant leave to designate nonparties at fault.

**Designation**

Pursuant to Colo. Rev. Stat. § 13-21-111.5(3)(b), Defendants designate Columbine Ambulance and its employees, Ryan Lynn, Ryan Gebhart, and Shawn Foos, as non-parties at fault for the alleged injuries suffered by Mr. Rotzin. The address and contact information for Columbine Ambulance is as follows:

Columbine Ambulance
5893 S. Prince Street
Littleton, CO 80120
303-794-1911

The last known contact information for Ryan Lynn, Ryan Gebhart, and Shawn Foos is as follows:

Columbine Ambulance
5893 S. Prince Street
Littleton, CO 80120
303-794-1911

With respect to the responsibilities and roles of Ryan Lynn, Ryan Gebhart, and Shawn Foos (collectively, "Columbine Paramedics") relating to Plaintiffs' claims that Defendants were the proximate cause of Mr. Rotzin's injuries and death, all three individuals were employed by Columbine Ambulance as paramedics and EMTs, and responded by ambulance to the Arapahoe Community Treatment Center ("ACTC") on the night of November 20, 2014. When the Columbine Paramedics arrived at ACTC, they took Mr. Rotzin into their medical care. Mr. Rotzin was breathing, talking, and exhibiting symptoms of excited delirium when they arrived.

After placing Mr. Rotzin on a gurney and into the ambulance, the Columbine Paramedics waited for nearly 20 minutes before departing for the hospital. During this time, the Columbine Paramedics spent several minutes unsuccessfully attempting to administer an IV to Mr. Rotzin

rather than immediately sedating him despite recognizing he was experiencing the symptoms of excited delirium.  The Columbine Paramedics eventually administered Versed to sedate Mr. Rotzin. Within about thirty seconds of administering the Versed, Mr. Rotzin stopped breathing. The paramedics attempted to intubate him but were unsuccessful, and Mr. Rotzin would die two days later.

The Columbine Paramedics were negligent in their care of Mr. Rotzin by not taking him to the hospital immediately after lifting him into the ambulance, not sedating him immediately, failing to successfully intubate him, and using Versed instead of a more appropriate drug for his symptoms. Accordingly, the Columbine Paramedics were responsible parties at fault with respect to any claims relating to the proximate cause of Mr. Rotzin's injuries and death. *See* **Ex. A-1** (certificate of review pursuant to Colo. Rev. Stat. §§ 13-21-111.5(3)(b) & 13-20-602 that counsel has consulted with a duly licensed healthcare professional and believes a claim of negligence against the Columbine Paramedics does not lack substantial justification).

Columbine Ambulance is also a non-party at fault to the extent the Columbine Paramedics were acting based on company policies, and is therefore a responsible non-party at fault with respect to any claims relating to the proximate cause of Mr. Rotzin's injuries and death.

Wherefore, Defendants respectfully request this Court to grant leave to designate these non-parties at fault. Plaintiffs will not suffer any prejudice by the timing of this request.

Submitted this 28th day of February 2018.

| | |
|---|---|
| *s/ Writer Mott* | *s/ Eric M. Ziporin* |
| Writer Mott | Eric M. Ziporin |
| Deputy County Attorney | Rachael M. Wachs |
| Erin L. Powers | Senter Goldfarb & Rice, LLC |
| Sr. Assistant County Attorney | 3900 E. Mexico Ave., Suite 700 |
| Rebecca Taylor | Denver, CO 80210 |
| Assistant County Attorney | Telephone: 303-320-0509 |
| 5334 South Prince Street | Email: eziporin@sgrllc.com |
| Littleton, Colorado 80120-1136 | rwachs@sgrllc.com |
| Telephone: 303-795-4639 | |
| Email: wmott@arapahoegov.com | *Counsel for Sheridan Defendants* |
| epowers@arapahoegov.com | |
| rtaylor@arpahoegov.com | |
| *Counsel for Arapahoe Defendants* | |

### Certificate of Service

This is to certify that on the 28th day of February 2018, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO DESIGNATE NON-PARTIES AT FAULT PURSUANT TO COLO. REV. STAT. § 13-21-111.5** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Darold W. Killmer
dkillmer@kln-law.com

Mari Newman
mnewman@kln-law.com

Andy McNulty
amcnulty@kln-law.com

Eric M. Ziporin
eziporin@sgrllc.com

Rachael M. Wachs
rwachs@sgrllc.com

    *s/ Stacy Hines*
    Stacy Hines, Paralegal
    Arapahoe County Attorney's Office