**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02820-RPM

ESTATE OF JOHN THOMAS ROTZIN, *et al.*,

    Plaintiffs,

v.

DAVID C. WALCHER, *et al.*,

    Defendants.

---

**CERTIFICATE OF REVIEW FOR COLUMBINE AMBULANCE EMPLOYEES RYAN LYNN, RYAN GEPHART, AND SHAWN FOOS**

---

Defendants, by and through their respective counsel, hereby submit this certificate of review of Columbine Ambulance Employees Ryan Lynn, Ryan Gephart, and Shawn Foos (collectively, the "Columbine Paramedics") as part of their designation of non-party liability pursuant to Colo. Rev. Stat. §§ 13-21-111.5 and 13-20-602.

Pursuant to Colo. Rev. Stat. § 13-20-602(3)(a), defense counsel has consulted with duly licensed health care professional(s) with expertise in Emergency Medicine and the standard of care for treating excited delirium by paramedics and EMTs. The health care professional(s) that have been consulted have reviewed the known facts, documents, and other records relevant to the actions of the Columbine Paramedics in treating Mr. Rotzin. Based on the review of these facts, the health care professional(s) consulted have concluded that a claim of negligence against the Columbine Paramedics with respect to their treatment of Mr. Rotzin does not lack substantial justification within the meaning of Colo.Rev.Stat. § 13-17-102(4).

Exhibit A-1

Submitted this 28th day of February 2018.

| | |
|---|---|
| *s/ Writer Mott* | *s/ Eric M. Ziporin* |
| Writer Mott | Eric M. Ziporin |
| Deputy County Attorney | Rachael M. Wachs |
| Erin L. Powers | Senter Goldfarb & Rice, LLC |
| Sr. Assistant County Attorney | 3900 E. Mexico Ave., Suite 700 |
| Rebecca Taylor | Denver, CO 80210 |
| Assistant County Attorney | Telephone: 303-320-0509 |
| 5334 South Prince Street | Email: eziporin@sgrllc.com |
| Littleton, Colorado 80120-1136 | rwachs@sgrllc.com |
| Telephone: 303-795-4639 | |
| Email: wmott@arapahoegov.com | *Counsel for Sheridan Defendants* |
| epowers@arapahoegov.com | |
| rtaylor@arpahoegov.com | |

*Counsel for Arapahoe Defendants*

Exhibit A-1