IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-02820-RPM

ESTATE OF JOHN THOMAS ROTZIN,
MARY GILCHREST, as personal representative for the Estate of John Thomas Rotzin, and
ELENA FUNDUREANU,

    Plaintiffs,

v.

DAVID WALCHER, Sheriff for Arapahoe County, Colorado, in his official capacity,
SHERIDAN, COLORADO,
JAMES WIGHTMAN, in his individual capacity,
JOE THOMAS, in his individual capacity,
MATT HOWERTON, in his individual capacity,
BRYAN VALENZUELA, in his individual capacity,
JARED PATTERSON, in his individual capacity, and
GREG MILLER, in his individual capacity,

    Defendants.
_____

### ORDER GRANTING MOTION TO DESIGNATE NON-PARTIES
_____

    Upon review of Defendants' unopposed motion to designate Columbine Ambulance and its employees, Ryan Lynn, Ryan Gebhart, and Shawn Foos, as non-parties at fault for the alleged injuries suffered by Mr. Rotzin [Doc. 51], it is

    ORDERED that the motion is granted.

    DATED:   March 1, 2018

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge