IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02820-JLK

ESTATE OF JOHN THOMAS ROTZIN,
MARY GILCHREST, as personal representative for the estate of John Thomas Rotzin, and
ELENA FUNDUREANU,

    Plaintiffs,

v.

ARAPAHOE COUNTY, COLORADO,
SHERIDAN, COLORADO,

    Defendants.

## ORDER APPROVING SETTLEMENT

Kane, J.

This matter is before me on the Motion for Approval of Settlement (ECF No. 105). I have reviewed the Motion and the Recommendation of the Magistrate Judge (ECF No. 107). I agree with Magistrate Judge Hegarty that the settlement is fair and reasonable and in the best interests of the minor child. Accordingly, the Recommendation (ECF No. 107) is APPROVED and ADOPTED, and the Motion for Approval of Settlement (ECF No. 105) is GRANTED.

Accordingly, it is hereby ORDERED that:

1. The Settlement Agreement entered into by the parties to resolve the above-captioned case is fair, reasonable, and in the best interests of Plaintiff Estate's beneficiary, minor child K.R.

2. The settlement amount and distribution as outlined below is fair, reasonable, and in the best interests of Plaintiff Estate's beneficiary, minor child K.R.:

    a. $94,236.73 to K.R. pursuant to C.R.S. § 15-l 1-102(b)(9);

b. $160,000.00 to Elana Fundureanu, pursuant to C.R.S. § 15-l 1-102(b)(9), and then $94,236.73, also pursuant to§ 15-11-102(b)(9);

c. $32,656.92 to Rachel Bedard for unpaid child support as creditor of Plaintiff Estate;

d. $15,000.00 to Mary Gilcrest for Personal Representative fees pursuant to C.R.S. § 15-10-602;

e. $65,869.62 to KILLMER, LANE & NEWMAN, LLP in the case giving rise to the settlement funds for fronted legal costs;

f. $310,000.00 in attorney fees to KILLMER, LANE & NEWMAN, LLP in the case giving rise to the settlement funds;

g. $3,000.00 to RJB LAWYER, LLC for probate attorneys' fees pursuant to C.R.S. § 15-10-602.

DATED this 10th day of April, 2020.

                                                    JOHN L. KANE
                                                    SENIOR U.S. DISTRICT JUDGE